MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7050
   Fax: (415) 436-7234
   E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-0095 EMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER MODIFYING MOTION BRIEFING AND HEARING DATES |
| v. | ) | |
| OSCAR AQUINO MONTERO, a/k/a Oscar Hernandez-Sanchez, | ) | |
| Defendant. | ) | |

**STIPULATION**

The Court previously set a briefing schedule on defendant's motion wherein, the defendant would his motion to dismiss by June 27, 2012, the government would file its opposition brief by July 18, 2012, the defendant would file his reply by July 25, 2012, and the court would hear the motion on August 1, 2012. The parties have stipulated and agreed to the following adjustment to the briefing schedule, subject to the Court's approval:

STIPULATION AND [PROPOSED] ORDER
[CR 12-0095 EMC]

1   •   The government will file it's opposition brief by July 25, 2012.
2   •   The defendant will file its reply brief by August 1, 2012.
3   •   The parties appear before the Court on August 8, 2012, or August 22, or some date thereafter convenient to the Court, with the caveat that the parties are **not** available on August 15, 2012.

The undersigned government counsel has requested this additional time in order to properly address the factual assertions made in the defendant's motion and to comply with internal procedures in his office. Therefore the parties are in agreement that this additional time is necessary to allow for the government to complete its brief and to comply with the government's procedures and protocol.

SO STIPULATED

Dated: July 18, 2012

MELINDA HAAG
United States Attorney

/s/
J. MARK KANG
Special Assistant United States Attorney

Dated: July 18, 2012

/s/
SHAWN HALBERT
Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER
[CR 12-0095 EMC]

1
2                                            **ORDER**
3         For the reasons stated above, the Court modifies the motion briefing and hearing date as
4  follows: The government shall file its opposition brief by July 25, 2012, the defense shall file any
5  reply by August 1, 2012.  The Court will hear the motion on August 8, 2012 at ~~2:00~~ p.m.    2:30 p.m.
6  [or~~_____ ___, 2012~~].

8  SO ORDERED.
9
10 DATED: July 20, 2012
11                                                    THE HONHEN
                                                      United Sta              Judge Edward M. Chen
12
...
28

STIPULATION AND [PROPOSED] ORDER
[CR 12-0095 EMC]                                   2